**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JAMES C. MEADOWS,

    Plaintiff,

v.                                                      Case No. 3:12cv100/MCR/CJK

UNITED STATES OF AMERICA,

    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 12, 2013. (Doc. 38). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The United States' motion for summary judgment (doc. 28) is GRANTED.

    3.    The clerk shall enter final judgment in favor of the United States and against the plaintiff.

    4.    The clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of July, 2013.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS
                                    CHIEF UNITED STATES DISTRICT JUDGE**